**Abatement Order filed December 18, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00635-CV
_____

### KEVIN ELLIS, Appellant

### V.

### RELIANT ENERGY RETAIL SERVICES, LLC, Appellee

**On Appeal from the Co Civil Ct at Law No 3**
**Harris County, Texas**
**Trial Court Cause No. 985,781-002**

## ABATEMENT ORDER

On December 12, 2012, appellant notified this court that the parties are attempting to reach an agreement to settle the issues on appeal, and requested that the deadline for filing appellant's brief be extended for 90 days. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until March 18, 2013. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive

motion.  The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM